UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                :

UNITED STATES OF AMERICA
                                :

      - v. -                        NOTICE OF MOTION FOR
                                     ENTRY OF A DEFAULT
                              :   JUDGMENT
ANY AND ALL ROOSTERS AND HENS
SEIZED ON OR ABOUT MAY 23, 2017
FROM 751 WHITNEY ROAD, ONTARIO,  :   17 CV. 5718 (JPO)
NY 14519 AND ANY PROGENY THEREOF,  :

          Defendant-in-rem.  :

- - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that upon the Motion for Entry of Default Judgment; upon the Declaration of Assistant United States Attorney Michael McGinnis, dated April 6, 2018; upon the Clerk's Certification of default; and upon all prior proceedings herein; the plaintiff, the United States of America, by and through its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby moves before the Honorable J. Paul Oetken, United States District Judge, United States Courthouse, Courtroom 706, 40 Foley Square, New York, New York 10007, on submission, for an order pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure granting default judgment in favor of the plaintiff, United States of America, and forfeiting the following Defendants-in-rem to the United States of America:

a) Any and All Roosters and Hens Seized on or about May 23, 2017 From 751 Whitney Road, Ontario, NY 14519 and any Progeny Thereof.

No previous request for the relief sought herein has been made.

Dated: New York, New York
April 6, 2018

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
Attorney for Plaintiff
United States of America

By: _____
Michael C. McGinnis
Alison G. Moe
Assistant U.S. Attorneys
One St. Andrew's Plaza
New York, New York 10007
Tel.: (212) 637-2305/2225