# EXHIBIT A



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 23, 2017

<u>BY CERTIFIED MAIL RETURN RECEIPT</u>
Thomas Carrano
c/o Andrew Constan Karpf, Esq.
Laurence Silverman & Associates
1772 E. Jericho Turnpike #2
Huntington, NY 11743

              Re:    <u>United States v. **Any and All Roosters and Hens, et al.**;</u>
                    17 Civ. 5718 (JPO)

Dear Mr. Karpf:

      This letter is to advise you that on July 27, 2017, the United States commenced a civil action in the United States District Court for the Southern District of New York seeking the forfeiture of the above-referenced defendant's in-rem pursuant to Title 7, United States Code, Section 2156. A copy of the complaint in this action is enclosed, along with the SDNY Electronic Case Filing Rules and Individual Rules of Practice for the Honorable J. Paul Oetken.

      Should your client wish to contest the forfeiture, he must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days of the date of this letter. In addition, within twenty-one (21) days after filing a claim, your client must file his answer to the complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which they may have pending, and failure to do so could result in the entry of a default judgment against the defendant's in-rem.

                                          Respectfully,

                                          JOON H. KIM
                                          Acting United States Attorney
                                          Southern District of New York

                               By: _____
                                          Alison Moe
                                          Michael McGinnis
                                          Alexander J. Wilson
                                          Assistant United States Attorney
                                          Tel. No.: (212) 637-2225/2305/2453

Enclosures

