# EXHIBIT C

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -  x
                                      :
UNITED STATES OF AMERICA
                                      :
         - v. -                           DEFAULT JUDGMENT
                                      :
ANY AND ALL ROOSTERS AND HENS             17 CV. 5718 (JPO)
SEIZED ON OR ABOUT MAY 23, 2017       :
FROM 751 WHITNEY ROAD, ONTARIO,
NY 14519 AND ANY PROGENY THEREOF,     :

              Defendant-in-rem.       :

- - - - - - - - - - - - - - - - - -  x
```

WHEREAS, on July 27, 2017, the United States commenced a civil action seeking the forfeiture of Any and All Roosters and Hens Seized On or About May 23, 2017 from 751 Whitney Road, Ontario, NY 14519 and Any Progeny Thereof (the "Defendant-in-rem") by the filing of a verified complaint;

WHEREAS, on or about August 23, 2017, a notice letter and copy of the Verified Complaint was sent by certified mail return receipt requested, to:

>   Thomas Carrano
>   c/o Andrew Constan Karpf, Esq.
>   Laurence Silverman & Associates
>   1772 E. Jericho Turnpike, #2
>   Huntington, NY 11743

(the "Noticed Party");

WHEREAS, the notice letter enclosed a copy of the Verified Complaint, the Southern District of New York Electronic Case Filing Rules and Instructions, and the Individual Rules of

Practice for the Hon. J. Paul Oetken, and advised the Noticed Party of his possible interest in this action and their right to file a claim and answer to contest the forfeiture;

WHEREAS, notice of the Verified Complaint against the Defendant-in-rem was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on October 7, 2017, through November 5, 2017, and proof of such publication was filed with the Clerk of this Court on March 29, 2018;

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-in-rem and the intent of the United States to forfeit and dispose of the Defendant-in-rem, thereby notifying all third parties of their right right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-in-rem, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, Thomas Carrano is the only individual known by the United States to have a potential interest in the Defendant-in-rem;

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set

2

forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

NOW THEREFORE, on the motion of Geoffrey S. Berman, United States Attorney for the Southern District of New York, attorney for the plaintiff United States of America, by Assistant United States Attorney Michael McGinnis, of counsel;

IT IS HEREBY ORDERED THAT:

1. Plaintiff United States of America shall have judgment by default against the Defendant-in-rem.

2. The Defendant-in-rem shall be, and the same hereby is, forfeited to the plaintiff United States of America.

3. Pursuant to 7 U.S.C. 2156(f), the American Society for the Prevention of Cruelty to Animals is hereby authorized to dispose of the Defendant-in-rem, on behalf of the United States, by any humane means.

Dated:    New York, New York
          April ____, 2018

                                        SO ORDERED:

                                        _____
                                        HONORABLE J. PAUL OETKEN
                                        UNITED STATES DISTRICT JUDGE