

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 4, 2019

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: *United States* v. *Any and All Roosters*, 17 Civ. 5718 (JPO)

Dear Judge Oetken:

      The Government respectfully submits this status letter in response to the Court's May 8, 2019 Order (ECF No. 44).

      As the Court is aware, on February 28, 2019, the parties appeared before the Honorable Gabriel W. Gorenstein for a settlement conference. Since that time, the parties have been discussing the logistics of a potential settlement, and have reached a settlement in principle. On May 15, 2019, the Government sent a proposed stipulation of settlement to claimant's counsel. On June 4, 2019, in response to objections from claimant's counsel to the language of the stipulation, the Government sent claimant's counsel a revised stipulation. The Government has requested that claimant's counsel execute the stipulation within a week.

                                            Respectfully submitted,

                                            GEOFFREY S. BERMAN
                                            United States Attorney

                           by:     /s/
                               Michael C. McGinnis
                               Alison G. Moe
                               Alexander J. Wilson
                               Assistant United States Attorneys
                               (212) 637-2305 / 2225 / 2453

cc:     Stephen Kessler, Esq.