UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,
          Plaintiff,

      -v-

ANY AND ALL ROOSTERS AND HENS SEIZED ON OR ABOUT MAY 23, 2017 FROM 751 WHITNEY ROAD, ONTARIO, NY 14519 AND ANY PROGENY THEREOF,
          Defendant-in-rem.

17-CV-5718 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: June 10, 2019
       New York, New York

_____
J. PAUL OETKEN
United States District Judge